In the Matter of HAROLD BRESLOW, an attorney at law.

May 31, 1966. Resignation with prejudice accepted pursuant to Rule 1:18A.

In the Matter of FRANK L. JOHNSON, JR., an attorney at law.

July 1, 1966. Respondent suspended from practice until the further order of Court.

In the Matter of CECIL GOODE, an attorney at law.

June 7, 1966. Respondent suspended from practice until the further order of Court.